(102 So. 919)

Anna Amelia RHODES, alias, etc., v. STATE. (1 Div. 303.) (Supreme Court of Alabama. Dec. 18, 1924.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Anna Amelia Rhodes, alias Green, alias Crawford, was convicted of murder in the first degree, and she appeals. Affirmed. J. F. Hogan and G. Leslie Darden, both of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

Briefs of respective counsel did not reach the Reporter.

SOMERVILLE, J. The appeal in this case is upon the record proper, there being no bill of exceptions. In the absence of a bill of exceptions, requested charges refused to the defendant cannot be reviewed on appeal, as it will be presumed that the trial court correctly charged the law in the oral instructions to the jury. Moreover, the propositions of law stated in the charges refused defendant were fully covered by the numerous charges given at defendant's request. No error appearing in the record, the judgment of conviction will be affirmed.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

---

(102 So. 919)

RIVER FALLS POWER CO. v. STATE ex rel. S. W. WELCH, State Health Officer. (4 Div. 175.) (Supreme Court of Alabama. Dec. 18, 1924.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Powell & Reid, of Andalusia, and Rushton, Crenshaw & Rushton, of Montgomery, for appellant, Harwell G. Davis, Atty. Gen., and James J. Mayfield, of Montgomery, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(103 So. 919)

Charles S. ROBINS v. CENTRAL OF GEORGIA RY. CO. (7 Div. 441.) (Supreme Court of Alabama. April 16, 1925.) Appeal from Circuit Court, Talladega County; A. P. Agee, Judge. Riddle & Riddle, of Talladega, for appellant. Nesbit & Sadler, of Birmingham, for appellee.

PER CURIAM. Affirmed, on authority of Harold Robins, pro ami, v. Cent. of Ga. Ry. Co., ante, p. 596, 103 So. 672.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.